# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-1769
_____

Lisa Truong

*Plaintiff - Appellant*

v.

UTC Aerospace Systems

*Defendant - Appellee*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: December 14, 2020
Filed: December 17, 2020
[Unpublished]
_____

Before GRUENDER, ERICKSON, and GRASZ Circuit Judges.
_____

PER CURIAM.

Lisa Truong appeals the district court's[1] adverse grant of summary judgment. After careful review of the record and the parties' arguments on appeal, we find no

_____

[1]The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Becky R. Thorson, United States Magistrate Judge for the District of Minnesota.

basis for reversal.  <u>See</u> <u>Banks v. John Deere & Co.</u>, 829 F.3d 661, 665 (8th Cir. 2016) (standard of review).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____